IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| VICTOR OSCAR CASAS GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-1257-KC |
| | § | |
| WARDEN OF ERO EL PASO CAMP | § | |
| EAST MONTANA, et al., | § | |
| | § | |
| Respondents. | § | |

### FINAL JUDGMENT

On this day, the Court considered the case.  On May 12, 2026, the Court ordered Respondents to release Victor Oscar Casas Gomez under reasonable conditions of supervision by May 19.  May 12, 2026, Order, ECF No. 5.

Respondents now inform the Court that, on May 13, Casas Gomez was released from custody under an order of supervision.  Status Report, ECF No. 6; *see id.* Ex. A ("Supervision Order"), ECF No. 6-1.

Therefore, it appears that that no matters remain pending for the Court's consideration.  *See generally* Pet., ECF No. 1; May 12, 2026, Order.

Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

**SIGNED this 20th day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE